IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD CONKLIN, ) | |
| ) | Civil Action No. 21 – 1032 |
| Plaintiff, ) | |
| ) | District Judge Gerald Conklin |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| ALLEGHENY COUNTY and JUDGE ) | |
| BIGLEY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Currently pending before the Court is a Report and Recommendation ("R&R") filed by United States Magistrate Judge Lisa Pupo Lenihan on November 1, 2021. (ECF No. 6.) Judge Lenihan has recommended that this case be dismissed with prejudice for Plaintiff's failure to prosecute insofar as he has failed to file an amended complaint or otherwise show cause why this case should not be dismissed. Plaintiff was served with the R&R and advised that the deadline to file written objections to it was November 18, 2021. As of today, no objections have been filed. Accordingly, the following Order is now entered.

**AND NOW**, this 12th day of April, 2022;

**IT IS HEREBY ORDERED** that the R&R (ECF No.6) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/ David S. Cercone
David S. Cercone
United States District Judge

Cc: Gerald Conklin
4461 Gladstone St.
Pittsburgh, PA 15207